UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Andrew S. Giuliano and
Melanie M. Giuliano,
    Plaintiffs,

C.A. NO. 13-320

vs.

Mortgage Electronic Registration
Systems, Inc., and Wells Fargo Bank, NA
    Defendants.

## NOTICE OF APPEARANCE

Please enter my Appearance on behalf of the defendants, Mortgage Electronic Registration Systems, Inc., and Wells Fargo Bank, NA, in the above-captioned matter.

    The Defendants,
    Mortgage Electronic Registration
    Systems, Inc., and Wells Fargo Bank, NA
    By its attorney,

Dated: June 27, 2013

/s/ Shanna M. Boughton
Shanna M. Boughton, BBO#: 8283
LeClairRyan
One International Place, 11th Floor
Boston, MA 02110
Tel: 617-502-8200
Fax: 617-502-8259
E-mail: shanna.boughton@leclairryan.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2013 the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electric Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Shanna M. Boughton
Shanna M. Boughton