# Exhibit C

Recording Requested By:
WELLS FARGO BANK, N.A.

When Recorded Return To:

DEFAULT ASSIGNMENT
WELLS FARGO BANK, N.A.
MAC: X9999-018
PO BOX 1629
MINNEAPOLIS, MN 55440-9790

## CORPORATE ASSIGNMENT OF MORTGAGE

Warren Town, Rhode Island
"GIULIANO"
SELLER'S LENDER ID#: 721/FM

MERS #: [redacted]    SIS #: [redacted]

Date of Assignment: February 7th, 2012
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR AMERICAN MORTGAGE NETWORK, INCORPORATED, DOING BUSINESS AS AMNET MORTGAGE, ITS SUCCESSORS AND ASSIGNS at BOX 2026 FLINT MI 48501, 1901 E VOORHEES ST STE C., DANVILLE, IL 61834
Assignee: WELLS FARGO BANK, NA at 1 HOME CAMPUS, DES MOINES, IA 50328

Executed By: ANDREW S. GIULIANO AND MELANIE M. GIULIANO To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR AMERICAN MORTGAGE NETWORK, INC. DBA AMNET MORTGAGE, ITS SUCCESSORS AND ASSIGNS
Date of Mortgage: 10/05/2005 Recorded: 10/11/2005 in Book/Reel/Liber: 600 Page/Folio: 273 as Instrument No.: 00002709 In Warren Town, State of Rhode Island.

Property Address: 44 SACHEM ST, WARREN, RI 02885

   KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $229,000.00 with interest, secured thereby, with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

   TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR AMERICAN MORTGAGE NETWORK, INCORPORATED, DOING BUSINESS AS AMNET MORTGAGE, ITS SUCCESSORS AND ASSIGNS
On 2/7/12

By: _____
    Nicholas Wolf
Assistant Secretary

STATE OF Minnesota
COUNTY OF Dakota

On 2/7/12, before me, Robert W. Caruso, a Notary Public in Dakota County in the State of Minnesota, personally appeared Nicholas Wolf, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
Robert W. Caruso
Notary Expires: 31/2014

ROBERT W. CARUSO
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2014

(This area for notarial seal)

*MG*MGWFEM*02/07/2012 10:34:16 AM* WFEM01WFEMA00000000000000325003* RI_WARR* RISTATE_MORT_ASSIGN_ASSN **MGWFEM*